fee and another, as executors. No opinion. Judgment affirmed, with costs.

DWYER, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Margaret Dwyer against the New York Telephone Company. No opinion. Judgment and order affirmed, with costs; the court holding that any error committed in the charge was not sufficiently harmful to call for a reversal.

EDWARDSON, Respondent, v. JARVIS LIGHTERAGE CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of Edward Edwardson, claimant, against the Jarvis Lighterage Company, employer, and another, insurer. No opinion. Motion denied. See, also, 153 N. Y. Supp. 391.

EGGLESON, Respondent, v. TOWN OF POTSDAM, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Herbert E. Eggleson against the Town of Potsdam. No opinion. Judgment and order unanimously affirmed, with costs.

EISENBERG, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Tillie Eisenberg, an infant, by Frank Eisenberg, her guardian ad litem, against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

EISLEBEN, Respondent, v. GERBER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Kathryn Eisleben against Henry C. Gerber, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

E. LISSBERGER CO. v. LOBSITZ. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by E. Lissberger Company against Maurice Lobsitz. No opinion. Application denied, with $10 costs. Order signed.

EMERY, Appellant, v. LANGEVIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William N. Emery against William P. Langevin and another.

PER CURIAM. Judgment and order affirmed as to defendant Langevin, with costs, but as to defendant McGinley, reversed, and a new trial granted, costs to abide the event, upon the ground that plaintiff's testimony, viewed most favorably to him, tended to establish all the necessary elements of an action for fraud against the defendant McGinley, and therefore that the complaint as to said defendant was improperly dismissed. See, also, 166 App. Div. 901, 151 N. Y. Supp. 1114.

In re EMMET. In re EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of W. T. Emmet, superintendent, etc. In the matter of the Empire State Surety Company. No opinion. Motions granted. Questions certified. Order filed. See, also, 153 N. Y. Supp. 146; 154 N. Y. Supp. 1120.

In re EMMET. In re EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) In the matter of Wm. T. Emmet, superintendent, etc. In the matter of Empire State Surety Company. No opinion. Motion granted. Questions certified. Order filed. See, also, 154 N. Y. Supp. 1120.

EMPIRE ARCHITECT BRONZE CO. v. HENNESSY REALTY CO. et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by the Empire Architect Bronze Company against the Hennessy Realty Company and others. S. Marion, of New York City, for appellants-respondents. L. M. Moss, of New York City, for respondent-appellant. No opinion. Judgment affirmed, without costs. Order filed.

ENKLER, Appellant, v. SISSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Edward E. Enkler against Harry T. Sisson and another, etc. No opinion. Judgment and order of the County Court of Dutchess County reversed, and new trial ordered, costs to abide the event, on the ground that the trial court erred in refusing each of the two requests to charge made by plaintiff's counsel at folios 248–250, and also in granting the request made by defendants' counsel at folios 251 and 252.

ERNSTTHAL et al., Appellants, v. PROCTOR, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Joseph Ernstthal and others against Frederick F. Proctor. J. B. Engel, of New York City, for appellants. M. F. Tompkins, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

EVANS v. PRINCE'S BAY OYSTER CO., Ltd. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Charles Wharton Evans against the Prince's Bay Oyster Company, Limited; Louise Werner, appellant. No opinion. Order (in 154 N. Y. Supp. 279) affirmed, with $10 costs and disbursements to abide the event.

FAIRWEATHER v. SUTPHEN et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Edna E. Fairweather, as administratrix, against John L. Sutphen and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 167 App. Div. 349, 153 N. Y. Supp. 49.